

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00762-CV

Daniel E. **GONZALEZ** et al.,
Appellants

v.

Lloyd **BRISENO,**
Appellee

From the County Court At Law No. 10, Bexar County, Texas
Trial Court No. 2017-CV-05408
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Per order dated February 7, 2018, appellant's brief was due March 8, 2018. Neither the brief nor a motion for extension of time to file the brief has been filed.

Accordingly, we **ORDER** appellant to file his appellant's brief and a written response reasonably explaining his failure to timely file the brief in this court on or before **April 13, 2018**. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

We **order** the clerk of this court to serve a copy of this brief on appellant and appellee's counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court